764

mitted June 12, 1967. *James Joseph O'Brien*, appellant, in propria persona; *Joel S. Moldovsky* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

September 15, 1967

## Commonwealth ex rel. Butler, Appellant, v. Rundle.

Submitted June 12, 1967. *John Butler*, appellant, in propria persona; *William D. Hutchinson*, Assistant District Attorney, and *Harry W. Lightstone*, District Attorney, for appellee.

Order affirmed.

## Commonwealth v. Davis, Appellant.

Submitted June 16, 1967. *Irving L. Epstein* and *David M. Epstein*, for appellant; *Joseph J. Cimino*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:

The judgment of sentence is vacated and the record remanded to the lower court for a hearing to determine whether the written waiver of indictment by a grand jury was knowingly and intelligently made by the defendant. *Commonwealth v. Phillips*, 208 Pa. Superior